# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUSTIN GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV338 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Plaintiff's second Motion for Leave to Proceed In Forma Pauperis (filing no. 23) is denied as moot.

(2) The Clerk of Court shall mail a copy of this order and a copy of my previous order (filing no. 21) granting the Plaintiff's first Motion for Leave to Proceed In Forma Pauperis (filing no. 12).

DATED this 9th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge